# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

ANTIONA LEE PHILLIPS
ADC #162493                                                                                    PLAINTIFF

v.                                    4:23-cv-01162-BSM-JJV

DONALD COMPTON,
Rehab Program Manager, ADC; *et al.*                                                     DEFENDANTS

## RECOMMENDED DISPOSITION

The following Recommended Disposition ("Recommendation") has been sent to United States District Judge Brian S. Miller. Any party may serve and file written objections to this Recommendation. Objections should be specific and include the factual or legal basis for the objection. If the objection is to a factual finding, specifically identify that finding and the evidence that supports your objection. Your objections must be received in the office of the United States District Court Clerk no later than fourteen (14) days from the date of this Recommendation. Failure to file timely objections may result in a waiver of the right to appeal questions of fact.

**I.    DISCUSSION**

Antonia Lee Phillips ("Plaintiff") has filed a *pro se* Complaint seeking relief pursuant to 42 U.S.C. § 1983. (Doc. 2.) On December 18, 2023, I denied his Application to Proceed *In Forma Pauperis* ("IFP Application") as incomplete, directed him to either pay the filing fee in full or file a properly completed IFP Application, provided him with the necessary forms, and cautioned him I would recommend this case be dismissed without prejudice if he did not comply with my instructions within thirty (30) days. (Doc. 3.) Since that time, Plaintiff has filed two Affidavits discussing his constitutional claims. (Docs. 4, 5.) But he has not complied with my December 18, 2023 Order, and the time to do so has expired. Accordingly, I recommend this case be dismissed

without prejudice due to a lack of prosecution. *See* Fed. R. Civ. P. 41(b); Local Rule 5.5(c)(2).

## II.     CONCLUSION

IT IS, THEREFORE, RECOMMENDED that:

1.      The Complaint (Doc. 2) be DISMISSED without prejudice due to a lack of prosecution, and this case be CLOSED.

2.      The Court certify, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from an Order adopting this Recommendation and the accompanying Judgment would not be taken in good faith.

DATED this 24th day of January 2024.

_____
JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE