IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**ANTIONA LEE PHILLIPS**                                                                      **PLAINTIFF**
**ADC #162493**

v.                          CASE NO: 4:23-CV-01162-BSM

**DONALD COMPTON,** *et al.*                                                              **DEFENDANTS**

## ORDER

Having reviewed the record *de novo*, Magistrate Judge Joe J. Volpe's recommended disposition [Doc. No. 6] is adopted and Antiona Phillips's complaint is dismissed without prejudice. Phillips has not filed a properly completed *in forma pauperis* application or paid his full filing fee within the time to do so. *See* Doc. No. 3. The clerk is directed to refund to Phillips the amount of any payment intended to pay his filing fee if one is later received. An *in forma pauperis* appeal from this order would not be taken in good faith. *See* 28 U.S.C. § 1915(a)(3).

IT IS SO ORDERED this 16th day of February, 2024.

*[signature: Brian S. Miller]*
UNITED STATES DISTRICT JUDGE