IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**ANTIONA LEE PHILLIPS**                                  **PLAINTIFF**
**ADC #162493**

v.                  **CASE NO: 4:23-CV-01162-BSM**

**DONALD COMPTON,** *et al.*                            **DEFENDANTS**

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 16th day of February, 2024.

_____
UNITED STATES DISTRICT JUDGE